TOWN OF VOLUNTOWN *v.* JULIUS RYTMAN ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 27 Conn. App. 549, is denied.

BERDON, J., dissenting. I would grant certification to review the following issue: "Did the trial court abuse its discretion by not ordering the sale of a portion of the premises to satisfy the foreclosing tax lien on the entire premises notwithstanding that there were junior encumbrances on the entire parcel?"

*Donald R. Beebe,* in support of the petition.

*Robert B. Young,* in opposition.

Decided September 17, 1992

SUN HILL INDUSTRIES, INC. *v.* KRAFTSMAN GROUP, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 27 Conn. App. 688, is denied.

*L. Morris Glucksman,* in support of the petition.

*Scott M. Harrington,* in opposition.

Decided September 17, 1992

SUN HILL INDUSTRIES, INC. *v.* KRAFTSMAN GROUP, INC.

The defendant's cross petition for certification for appeal from the Appellate Court, 27 Conn. App. 688, is denied.

*Scott M. Harrington,* in support of the petition.

Decided September 17, 1992